```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 38584
   MICHAEL BANKS SR
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-5746

-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 10/18/2004 and was confirmed 01/19/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/18/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED              500.00        22.19         500.00
AMERICAN GENERAL FINANCE   UNSECURED           3300.29          .00        3300.29
MB FINANCIAL BANK          CURRENT MORTG       4876.00          .00        4876.00
PARK FEDERAL SAVINGS BAN   CURRENT MORTG      57132.00          .00       57132.00
PARK FEDERAL SAVINGS BAN   MORTGAGE ARRE       8687.00          .00        8687.00
ROUNDUP FUNDING LLC        UNSECURED            970.76          .00         970.76
CAPITAL ONE                UNSECURED         NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED           1107.47          .00        1107.47
RESURGENT ACQUISITION LL   UNSECURED            514.41          .00         514.41
MB FINANCIAL BANK          MORTGAGE ARRE        786.05          .00         786.05
PETER FRANCIS GERACI       DEBTOR ATTY        2,700.00                    2,700.00
TOM VAUGHN                 TRUSTEE                                        5,002.60
DEBTOR REFUND              REFUND                                           623.73

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE            86,222.50

PRIORITY                                            .00
SECURED                                       71,981.05
    INTEREST                                      22.19
UNSECURED                                      5,892.93
ADMINISTRATIVE                                 2,700.00
TRUSTEE COMPENSATION                           5,002.60
DEBTOR REFUND                                    623.73
                   --------------          --------------
TOTALS             86,222.50                  86,222.50


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 38584 MICHAEL BANKS SR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 11/20/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```